**FILED**

October 05, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ SO

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OHVA, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 6:22-CV-00935-LY |
| | § | |
| ELECTRONIC MERCHANT | § | |
| SYSTEMS, LLC, | § | |
| DEFENDANT. | § | |

## ORDER TRANSFERRING CASE

This case was randomly assigned to the undersigned United States District Judge pursuant

to the Order Assigning the Business of the Court as it Relates to Patent Cases of July 25, 2022.  It

appears to the court that this case is related to a previously filed case, *OHVA, Inc. v. Fiserv, Inc.*, No.

6:22-CV-366-ADA-DTG.  In the interest of convenience to the parties, the court, and judicial

economy and to avoid potentially conflicting rulings, the court determines that this case should be

transferred to the docket of the judge with the earliest filed case.

**IT IS THEREFORE ORDERED** that this case is transferred for all purposes to the docket

of the Honorable Alan D Albright, United States District Judge.

SIGNED this _____ day of October, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE